IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–00689–EWN–CBS

WW INVESTMENT GROUP,
Trustee of Old Oak Holding Trust,
JAMES R. SENNEKER, and
JANET L. SENNEKER,

      Plaintiffs,

v.

ROBERT L. STARER,
MERLO A. STARER,
THE TUDOR CORPORATION,
a Florida corporation, and
UNITED STATES OF AMERICA

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File First Amended Complaint (*doc. no. 25)* is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing, the amended complaint and attached exhibit (*doc nos. 25-2 and 25-3*) tendered to the court on May 25, 2007.

      IT IS HEREBY ORDERED that United States' Unopposed Second Motion to Extend Time to File a Responsive Pleading (*doc. no. 21)* is **GRANTED**.  The deadline for Defendant United States to respond to Plaintiff's amended complaint is extended to on or before **June 21, 2007**.

**DATED:**      May 22, 2007