IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–00689–EWN–CBS

WW INVESTMENT GROUP,
Trustee of Old Oak Holding Trust,
JAMES R. SENNEKER, and
JANET L. SENNEKER,

      Plaintiffs,

v.

ROBERT L. STARER,
MERLE A. STARER,
THE TUDOR CORPORATION,
a Florida corporation, and
UNITED STATES OF AMERICA

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      **IT IS HEREBY ORDERED** that the Unopposed Motion by Plaintiff James R. Senneker to Appear by Representative at Settlement Conference [filed July 26, 2007; doc. 35] is **GRANTED**.

      **IT IS HEREBY ORDERED** that the United States' Unopposed Motion for Relief from Requirement that an Individual with Full Settlement Authority Attend the Settlement Conference [filed July 26, 2007; doc. 33] is **GRANTED**. The United States shall have a representative available by telephone for the duration of the conference.

**DATED:**      July 27, 2007